**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN BELCHER, | : | NO. 4:25-CV-00100 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The decision of the Commissioner of Social Security denying the Plaintiff's application for benefits under the Social Security Act is **AFFIRMED**;

(2)   Final judgment will be entered in the Defendant's favor; and

(3)   The Clerk of Court is directed to **CLOSE** this case.

Date: March 31, 2026                    s/*Sean A. Camoni*
                                                    Sean A. Camoni
                                                    United States Magistrate Judge